UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
BRANDON VILLACIS,                                    :
                                                     :
                          Plaintiff,                 :
                                                     :         19 Civ. 11510 (LGS)
           -against-                                 :
                                                     :         ORDER
                                                     :
NEW YORK CITY, et al.,                               :
                          Defendants.                :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, under SDNY Local Civil Rule 83.10, the deadline for all Defendants to answer or otherwise respond to the Complaint was March 10, 2020 (*see* Dkt. No. 12);

WHEREAS all Defendants failed to file an answer or otherwise respond by March 10, 2020 (*see* Dkt. No. 12);

WHEREAS, on March 19, 2020, the Court ordered all Defendants to answer or otherwise respond by April 2, 2020 (Dkt. No. 12).  The Court further ordered that, should Defendants New York City, Moore or Heinz fail to answer or otherwise respond by April 2, 2020, Plaintiff shall file Default Judgment papers by April 16, 2020 (Dkt. No. 12);

WHEREAS, on March 25, 2020, Defendants New York City and Heinz filed a consent letter motion, seeking a 90-day *sua sponte* extension of the deadline for **Defendant Moore** to answer or otherwise respond (Dkt. No. 14).  The letter represented to the Court that Defendants New York City and Heinz would file an answer by April 2, 2020, deadline (Dkt. No. 14 at 1/2);

WHEREAS, on March 26, 2020, the Court granted Defendants New York City and Heinz's application in part, extending only Defendant Moore's deadline to appear and answer from April 2, 2020, to May 18, 2020 (Dkt. No. 15) ("Application GRANTED in part.  The deadline for Defendant Moore to appear and to answer or otherwise respond to the Complaint is hereby extended from April 2, 2020, to May 18, 2020, without prejudice to renewal.")

WHEREAS the text of the March 26, 2020, Order, was misread and the docket summary misstated that the deadline for all Defendants to answer or otherwise respond was extended from April 2, 2020, to May 18, 2020 (*see* 3/26/2020 ECF entry).

WHEREAS Defendants New York City and Heinz did not to file an answer or otherwise respond by April 2, 2020;

WHEREAS Plaintiff did not file Default Judgement papers by April 16, 2020.  It is hereby

**ORDERED** that all Defendants shall answer or otherwise respond by **April 22, 2020**.  It is further

**ORDERED** that Defendants New York City and Heinz shall mail and/or email a copy of this Order to Defendant Moore and file by **April 22, 2020** (i) an affidavit of service that the March 26, 2020, Order and this Order, were mailed and/or emailed to Defendant Moore or (ii) or state why they could not do so.  It is further

**ORDERED** that, should any Defendant fail to answer or otherwise respond by April 22, 2020, Plaintiff shall file Default Judgment papers by **April 27, 2020**, in accordance with Individual Rules' Attachment A.

Dated:  April 20, 2020
      New York, New York

                                      _____
                                      **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**