UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

BRANDON VILLACIS,                                          :
                                                          :
                                    Plaintiff,            :
                                                          :            19 Civ. 11510 (LGS)
                    -against-                              :
                                                          :                 ORDER
                                                          :
NEW YORK CITY, et al.,                                    :
                                    Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 24, 2020, Defendants filed an answer (Dkt. No. 21);

      WHEREAS, on April 28, 2020, this case was automatically referred to mediation,

pursuant to SDNY Local Civil Rule 83.10 (*see* 4/28/20 ECF entries).  It is hereby

      **ORDERED** that the parties shall file a joint status letter on **May 28, 2020**, and every 30

days thereafter, updating the Court on the status of mediation.

Dated: May 7, 2020
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE